UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSE AGEO LUNA VANEGAS, On behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SIGNET BUILDERS, INC.<br><br>　　　　　Defendant. | )<br>)<br>)　CASE NO.: 3:21-CV-00054<br>)<br>)<br>)　COLLECTIVE ACTION<br>)　COMPLAINT PURSUANT<br>)　TO 29 U.S.C. §216(b)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Signet Builders, Inc. ("Defendant" or "Signet"), by and through its undersigned counsel, hereby moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted. The grounds for this Motion are fully set forth in the Memorandum in Support of Defendant's Motion to Dismiss, which is being filed contemporaneously with this Motion.

Respectfully submitted this 7th day of April, 2021.

　　　　　　　　　　　　　　　　*/s/Joshua H. Viau*
　　　　　　　　　　　　　　　　Joshua H. Viau
　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　GA Bar No. 378557
　　　　　　　　　　　　　　　　Edward N. Boehm, Jr.
　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　GA Bar No. 183411
　　　　　　　　　　　　　　　　Ann Margaret Pointer
　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　GA Bar No. 592780

　　　　　　　　　　　　　　　　jviau@fisherphillips.com
　　　　　　　　　　　　　　　　tboehm@fisherphillips.com
　　　　　　　　　　　　　　　　apointer@fisherphillips.com

　　　　　　　　　　　　　　　　FISHER & PHILLIPS LLP
　　　　　　　　　　　　　　　　1075 Peachtree Street, N.E.

Suite 3500
Atlanta, Georgia 30309
Tel. (404) 231-1400
Fax (404) 240-4249

*Counsel for Defendant*

FP 40058697.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021, I electronically filed the foregoing *Defendant's Motion to Dismiss* with the Clerk of Court using the ECF system, which sent notice of the foregoing to counsel of record as follows:

>Jennifer J. Zimmermann
>Erica Sweitzer-Beckman
>Legal Action of Wisconsin
>744 Williamson Street
>Suite #200
>Madison, WI 53703
>
>Lorraine A. Gaynor
>Iowa Legal Aid
>1700 S. 1st Ave., Suite 10
>Iowa City, IA 52240

>>*/s/Joshua H. Viau*
>>Joshua H. Viau

FP 40058697.1