IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE AGEO LUNA VANEGAS, on behalf
of himself and all other similarly situated,

    Plaintiff,     Case No.  21-cv-54-jdp

  v.

SIGNET BUILDERS, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered on behalf of defendant Signet Builders, Inc. against plaintiff Jose Ageo Luna Vanegas, on behalf of himself and all other similarly situation, dismissing this case.

| s/ J. Smith, Deputy Clerk | 8/12/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |