# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE AGEO LUNA VANEGAS,
On behalf of himself and all
others similarly situated,

Plaintiff,                                              Case No. 3:21-cv-00054

    v.

SIGNET BUILDERS, INC.,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case, Jose Ageo Luna Vanegas, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order granting Defendant's motion to dismiss and denying as moot Plaintiff's motion for conditional certification as a collective action (Dkt. #52), dated August 12, 2021, and the final Judgment in a Civil Case (Dkt. # 53) dated August 12, 2021.

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed as an attachment to this Notice of Appeal.

Respectfully submitted this 8th day of September, 2021,

LEGAL ACTION OF WISCONSIN
*Attorneys for Plaintiff*

By: s/*Jennifer J. Zimmermann*
Counsel of Record
Jennifer J. Zimmermann (WI Bar No. 1067828)
Erica L. Sweitzer-Beckman (WI Bar No. 1071961)
744 Williamson Street, Suite 200
Madison, WI 53703
Tel: 608-256-3304
Fax: 608-256-0510
jjz@legalaction.org
elb@legalaction.org

Lorraine Gaynor (IA Bar No. AT0011144)
IOWA LEGAL AID
1700 S. 1st Avenue, Suite 10
Iowa City, IA 52240
Tel: 319-351-6570
lgaynor@iowalaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2021, a true and accurate copy of the foregoing Notice of Appeal was served via the Court's CM/ECF system upon all counsel of record.

By: *s/Jennifer J. Zimmermann*
Jennifer J. Zimmermann
LEGAL ACTION OF WISCONSIN
744 Williamson Street, Suite 200
Madison, WI 53703
Tel: 608-256-3304
Fax: 608-256-0510
jjz@legalaction.org