# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 19, 2022

Before

ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

CERTIFIED COPY

| No. 21-2644 | JOSE AGEO LUNA VANEGAS,<br>Plaintiff - Appellant<br><br>v.<br><br>SIGNET BUILDERS, INC.,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00054-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

    The judgment of the District Court is REVERSED, with costs, and the case is REMANDED for further proceedings consistent with the opinion.

    The above is in accordance with the decision of this court entered on this date.

Clerk of Court