# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

**ORDER**

October 6, 2023
*By the Court*:

| | IN RE: |
|---|---|
| No. 23-8020 | SIGNET BUILDERS, INC., <br> Petitioner |
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00054-jdp <br> Western District of Wisconsin <br> Magistrate Judge Stephen L. Crocker | |

The following is before the court:

1. **PETITION FOR PERMISSION TO APPEAL**, filed on September 11, 2023, by counsel for the petitioner.

2. **ANSWER IN OPPOSITION TO SIGNET BUILDERS' PETITION FOR PERMISSION TO APPEAL**, filed on September 25, 2023, by counsel for the respondent,

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. Petitioner shall pay the required appellate fees to the clerk of the district court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

**IT IS FURTHER ORDERED** that the request to modify the district court's stay pending appeal is **DENIED**.