UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE AGEO LUNA VANEGAS,
GUADALUPE NALLELY,
on behalf of themselves and all
others similarly situated,

PLAINTIFFS' NOTICE OF
ACCEPTANCE OF RULE 68
OFFER OF JUDGMENT

       Plaintiffs,

v.

                        Case No. 21-cv-54

SIGNET BUILDERS, INC., et al.,

       Defendants.

Now come Plaintiffs Jose Luna Vanegas and Guadalupe Nallely (on behalf of Jose Garcia Gonzalez, deceased) (hereafter collectively "Plaintiffs"), pursuant to Rule 68, and file this notice that Plaintiffs Luna Vanegas and Guadalupe Nallely and opt-in Plaintiffs Guillermo Orocio Bueno, Sebastian Garcia Estrada, and Luis Alejandro Lopez Rodriguez accept Defendants' Offer of Judgment which was conveyed to Plaintiffs by letter of June 19, 2026 and which is attached hereto.

Respectfully submitted this 27th day of June, 2026,

By: s/ ___*Daniel Bonnett*_____

Daniel Bonnett
Susan Martin
Jennifer Kroll
Michael M. Licata
MARTIN & BONNETT, P.L.L.C.
4747 N. 32nd Street, Suite 185
Phoenix, AZ 85108
Tel: (602) 240-6900

1

dbonnett@martinbonnett.com
smartin@martinbonnett.com
jkroll@martinbonnett.commlicata@martinbonnett.com

Edward Tuddenham
edwardtuddenham@gmail.com
228 W. 137th St.
New Yor, NY 10030
Tel: 646-261-2171

David Zoeller
Hawks Quindel
409 E. Main St.
Madison, WI 53701
Tel: 608-257-0040

2



**Pennzoil Place**
700 Milam Street, Suite 800
Houston, Texas 77002
Main  713.222.1470
Fax  713.222.1475
munsch.com

Direct Dial 713.222.4060
Direct Fax 713.222.5813
dpipitone@munsch.com

June 19, 2026

***Via Electronic Mail***
Edward Tuddenham
228 West 137th St.
New York, New York 10030-2407
edwardtuddenham@gmail.com

Dan Bonnett
Martin & Bonnett P.L.L.C
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
smartin@martinbonnett.com
dbonnett@martinbonnett.com

Re:  **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68;** *Jose Ageo Luna Vanegas and Jose Luis Garcia Gonzales, on Behalf of Themselves and All Others Similarly Situated v. Signet Builders, Inc., et al.*; Civil Action No.: 3:21-cv-00054-jdp;

Counsel,

Regarding the above-referenced matter, pursuant to Federal Rule of Civil Procedure 68, Defendants Signet Builders, Inc.; Signet Construction, LLC; Signet Construction, Inc.; Northridge Construction, Inc.; Orville J. Schonefeld II; Natalie Farmer; and Rodney J. Schonefeld (collectively, "Defendants") offer to allow judgment to be taken against them and in favor of Plaintiff Opt-Ins Jose Ageo Luna Vanegas, Guadalupe Nallely Garcia-Garcia (in her capacity as executor of Jose Luis Garcia Gonzalez's estate), Sebastian Garcia Estrada, Guillermo Oracio Bueno, and Luis Alejandro Lopez Rodriguez (collectively, "Plaintiffs") in the total amount of **eight hundred thousand dollars and zero cents ($800,000)**, allocated as follows: **sixty-two thousand one hundred eighty-two dollars and zero cents ($62,182)** to Jose Ageo Luna Vanegas; **sixty thousand seven hundred thirty-one dollars and zero cents ($60,731)** to Guadalupe Nallely Garcia-Garcia, in her capacity as executor of Jose Luis Garcia Gonzalez's estate; **fifty-eight thousand five hundred twelve dollars and zero cents ($58,512)** to Sebastian Garcia Estrada; **forty-eight thousand two hundred ninety-one dollars and zero cents ($48,291)** to Guillermo Oracio Bueno; and **forty-two thousand one hundred thirty dollars and zero cents ($42,130)** to Luis Alejandro Lopez Rodriguez, for a combined total of **two hundred seventy-one thousand eight hundred forty-six dollars and zero cents ($271,846)** amongst the Plaintiffs; plus **five hundred twenty-eight thousand one hundred fifty-four dollars and zero cents ($528,154)** for attorneys' fees Plaintiffs have incurred up to this point; plus costs then accrued as required by Federal Rule of Civil Procedure 68.

Rule 68 Offer of Judgment
June 19, 2026
Page 2

 

This Offer of Judgment is made pursuant to Federal Rule of Civil Procedure 68 and may be accepted by serving written notice of acceptance within fourteen (14) days after service of this offer. This Offer of Judgment is expressly conditioned on acceptance by all Plaintiffs of the total sum of **eight hundred thousand dollars and zero cents ($800,000)**; unless all Plaintiffs timely accept this Offer of Judgment, it shall be deemed rejected in its entirety and shall be of no force or effect. Federal Rule of Civil Procedure 68 requires an offer of judgment to include costs then accrued. Upon acceptance of this Offer of Judgment, Defendants will request that the Court determine the amount of costs Plaintiffs have incurred up to the date of this offer, to the full extent permitted by law.

**This Offer of Judgment is not an admission of liability on the part of Defendants. This Offer of Judgment is also not an admission that each or any of the individuals identified above as "Plaintiffs" is a proper Plaintiff or Opt-In in this lawsuit. Defendants are making this offer to all Plaintiffs as the case currently stands in an effort to reach an agreeable settlement. If Plaintiffs do not accept this Offer of Judgment and later obtain a judgment less favorable than the amount offered herein, Defendants intend to rely on Federal Rule of Civil Procedure 68 to seek all available relief.**

Please contact me at your earliest convenience should you wish to discuss this Offer of Judgment further.

Sincerely,

Daniel D. Pipitone